RECEIVED

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

FEB 28 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Helen E. Henning
_____
(Name of the plaintiff or plaintiffs)

V.

Maywood Park racetrack
_____
_____
_____
(Name of the defendant or defendants)

CIVIL ACTION    JUDGE NORGLE

NO. 02C 1481
(Case number will be supplied by the assignment clerk)

MAGISTRATE JUDGE ASHMAN

DOCKETED MAR 01 2002

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Helen E. Henning of the county of Cook in the state of Il.
3. The defendant is Maywood, who resides at (street address) 8600 West North avenue (city) Maywood (county) Cook (state) Il (ZIP) 60153
(Defendant's telephone number) (708) - 343-4800

1-1

4) The plaintiff sought employment or was employed by the defendant at

(street address) 8600 West North Avenue

(city) Maywood (county) Cook (state) Il. (ZIP code) 60153

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) July , (day)_____, (year) 2000 .

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has*

   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission on or about
       (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights on or about
        (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

   *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) Dec around (day) 4 (year) 2001 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

    (a) ☐ Age (Age Discrimination Employment Act).
    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☐ Disability (Americans with Disabilities Act)
    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☒ YES  ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ other (specify): Harassement, Call me a Terrorists escorted me off the race track without any proof. Kept me off the premises for almost a month without pay. fail to hired me for assignments. Work out of Senority, following me in and outside the race track.

13. The facts supporting the plaintiff's claim of discrimination are as follows: witnesses, the admitted they could not find any proof of accused actions, movements

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

   (a) ☐   Direct the defendant to hire the plaintiff.
   (b) ☐   Direct the defendant to re-employ the plaintiff.
   (c) ☐   Direct the defendant to promote the plaintiff.
   (d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.
   (e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐   Direct the defendant to (specify):_____

_____
_____
_____
_____
_____
_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Helen E. Henning_

(Plaintiff's name) _Helen E. Henning_

(Plaintiff's street address) _P.O Box 804622_

(City) _Chgo_  (State) _IL_  (ZIP) _60680_

(Plaintiff's telephone number) _(708)-343-1790_



ILLINOIS DEPARTMENT OF
HUMAN RIGHTS

222 South College Street, Room 101A
Springfield, Illinois 62704
217-785-5100
217-785-5125 (TDD)

**George H. Ryan**, Governor

**Carlos J. Salazar**, Director

April 25, 2001

Ms. Helen Henning
P.O. Box 804622
Chicago, IL 60607

RE: Charge No.: 2001CF1382
    Respondent: Maywood Park

Dear Ms. Henning:

The above charge which you have filed with this Department has been assigned to me for investigation. Since I have been unable to reach you by telephone, this is to advise you that a fact finding conference has been scheduled for June 13, 2001.

It is imperative that you contact me immediately so that I can conduct a Complainant Interview prior to the scheduled fact finding conference. Once you have contacted me, we will also discuss the procedures for the fact finding conference and your settlement proposal(s).

Please contact me at (217) 785-5113 between the hours of 8:30 a.m. and 5:00 p.m. If I am not available, please leave a telephone number where you can be reached during normal business hours.

Sincerely,

Nancy J. Kavanaugh
Human Rights Investigator
Charge Processing Division

NJK/kjb

#1a
10/93